City of Chicago, Appellee, v. Holmes Daylie, Appellant.

Gen. No. 44,122.

647

opinion filed February 17, 1948; released for publication March 9, 1948. Jay J. McCarthy, for appellant; Joseph F. Grossman, Acting Corporation Counsel, for appellee; L. Louis Karton, Head of Appeals and Review Division, and Sydney R. Drebin, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.